UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:13-CR-8-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| REUBEN IRVIN, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se Motion to Terminate Counsel [DE-21]. In his motion, Irvin requests that the court appoint a new CJA panel attorney because "counsel and Defendant have differing opinions as to the process and procedures of Defendant's case." [DE-21]. Defense counsel has not had an opportunity to respond. Accordingly, defense counsel is DIRECTED to respond to defendant's letter and explain whether withdrawal and appointment of new counsel is warranted under the circumstances. The U.S. Attorney may also respond if he feels it is necessary. Defense counsel's response is due on or before **April 29, 2013.**

SO ORDERED.

This the /5 day of April, 2013.

JAMES C. FOX
Senior United States District Judge