UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:13-CR-8-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REUBEN IRVIN, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se Motion to Terminate Counsel [DE-21]. By Order dated April 15, 2013 [DE-22], the court directed Irvin's counsel to respond to defendant's letter and "explain whether withdrawal and appointment of new counsel is warranted." Defense counsel has submitted the requested response. *See* Response [DE-23]. Counsel represents that he has resolved any issues regarding counsel's professional relationship with the Defendant and that counsel is "willing to represent the defendant, has no known conflict of interest, and is not aware of any unresolved issues that would prevent his representation." Response [DE-23] at 2. Irvin's motion to terminate counsel [DE-22] is therefore DENIED.
SO ORDERED.

This the 30th day of April, 2013.

JAMES C. FOX
Senior United States District Judge